NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ERIC FLORES,**

*Plaintiff-Appellant*

**v.**

**UNITED STATES,**

*Defendant-Appellee*

---

2023-1879

---

Appeal from the United States Court of Federal Claims in No. 1:23-cv-00194-EMR, Judge Eleni M. Roumel.

---

### O R D E R

Upon consideration of Eric Flores' failure to submit an opening brief in this matter,

IT IS ORDERED THAT:

The appeal is dismissed. Fed. Cir. R. 31(a)(1)(A), (d).

FOR THE COURT

August 2, 2023
Date

/s/ Jarrett B. Perlow
Jarrett B. Perlow
Clerk of Court